In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-12625
_____

HENRI N. BEAULIEU, JR.,

*Plaintiff-Appellant,*

*versus*

SHELBY COUNTY, ALABAMA,
SHELBY COUNTY COMMISSIONER,
KEVIN MORRIS,
TOMMY EDWARDS,
JON PARKER, et al.,

*Defendants-Appellees,*

ROBERT SCOTT GRANT, et al.,

*Defendants.*

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:24-cv-01361-MHH
_____

Before BRANCH, LAGOA, and ABUDU, Circuit Judges.

BY THE COURT:

2                        Order of the Court                    25-12625

Henri Beaulieu appeals from the district court's July 18, 2025 order denying his motions for injunctive relief, which the court viewed as seeking a temporary restraining order ("TRO").  On appeal, a jurisdictional question asked the parties to address our jurisdiction to review that order.

Beaulieu responds that we have jurisdiction under 28 U.S.C. § 1292(a)(1) to review the district court's July 18 order because, in substance, that order denied or failed to address multiple requests seeking an injunction to stop ongoing irreparable harm.  The appellees respond that the July 18 order may be appealable under § 1292(a)(1) but contend that we should dismiss the appeal and remand for factual development.  We construe the appellees' responses as motions to dismiss the appeal for lack of jurisdiction.

Upon review of Beaulieu's motions that the district court denied in its July 18 order, we conclude that the order refused an injunction and not merely a TRO.  *See* 28 U.S.C. § 1292(a)(1); *AT&T Broadband v. Tech Commc'ns, Inc.*, 381 F.3d 1309, 1314 (11th Cir. 2004).  We thus have jurisdiction over this appeal.

Accordingly, we DENY the appellees' construed motions to dismiss.